AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| BYRON THOMPSON, individually and on behalf of all others similarly situated, *Plaintiff(s)* <br><br> v. <br><br> SKYVIEW CAPITAL, LLC and KING TELESERVICES L.L.C., *Defendant(s)* | Civil Action No. 24 Civ. 3132  ENV-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  King Teleservices, L.L.C.
C/O United Corporate Services, Inc.
10 Bank Street, Ste. 560
White Plains, New York 10606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Fitapelli & Schaffer, LLP
28 Liberty Street, 30th Floor
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/26/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| BYRON THOMPSON, individually and on behalf of all others similarly situated, *Plaintiff(s)* v. SKYVIEW CAPITAL, LLC and KING TELESERVICES L.L.C., *Defendant(s)* | Civil Action No. 24 Civ. 3132  ENV-PK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Skyview Capital, LLC
200 Avenue of the Stars,, STE 801N
Los Angeles, California 90067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Fitapelli & Schaffer, LLP
28 Liberty Street, 30th Floor
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/26/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

