IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYRON THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>-against-<br><br>SKYVIEW CAPITAL, LLC and KING TELESERVICES L.L.C.,<br><br>Defendants. | Case No: 24 Civ. 3132 |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Bryon Thompson ("Plaintiff") and Skyview Capital, LLC, and King Teleservices, LLC ("Defendants"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily dismissed in its entirety without prejudice, and without costs or attorneys' fees.

Dated:   New York, New York
         March 17, 2025

FITAPELLI & SCHAFFER, LLP

By: /s/ Brian Schaffer
Brian S. Schaffer
Hunter G Benharris
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375
bschaffer@fslawfirm.com
hbenharris@fslawfirm.com

GREENBERG TRAURIG, LLP

By: /s/
James N. Boudreau
Nicholas A. Corsano
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-6827
james.bodreau@gtlaw.com
corsanon@gtlaw.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 3/18/2025

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The clerk of court is directed to close this case.